

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00300-CR

Jose Miguel **ROMO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 469039
The Honorable Tommy Stolhandske, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED AS MOOT.

SIGNED July 8, 2015.

_____
Marialyn Barnard, Justice